

KELLEY DRYE & WARREN LLP
William R. Golden, Jr.
Michelle M. Graham
Matthew D. Marcotte
101 Park Avenue
New York, New York 10178
(212) 808-7800
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 5216**

| | |
|---|---|
| AVON PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADRIENNE DENESE, M.D., ADRIENNE DENESE, M.D., P.C., SKINSCIENCE MEDI SPA AT LGNY, INC., and SKINSCIENCE LABS, INC.,<br><br>Defendants. | Civil Action No.<br><br>**RULE 7.1 STATEMENT**  |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Avon Products, Inc. states that plaintiff has no parent corporation, and that no publicly held corporation owns 10% or more of the stock of plaintiff.

Dated:   June 6, 2008                    KELLEY DRYE & WARREN LLP

By: _____
William R. Golden, Jr.
Michelle M. Graham
Matthew D. Marcotte
101 Park Avenue
New York, New York  10178
(212) 808-7800
*Attorneys for Plaintiff Avon Products, Inc.*

NY01/MARCM/1100032.1