# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV. 5216                                         Date Filed: _____

Plaintiff:
**AVON PRODUCTS, INC.**

vs.

Defendant:
**ADRIENNE DENESE, M.D., et al.**

Received by ASK Litigation Support, Inc. to be served on **SKINSCIENCE MEDISPA AT LGNY, INC., c/o Adrienne Denese, M.D., 65 Sherwood Ave., Englewood Cliffs, NJ 07632-1723**.

I, Simon Kahn, being duly sworn, depose and say that on the **9th day of June, 2008** at **4:15 pm**, I:

delivered a true copy of the **Summons & Complaint with Judge's and Magistrate's Rules and ECF Rules & Instructions, dt'd 5-28-08** to Adrienne Denese, CEO, who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 130, Hair: Blond, Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 17th day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC
PETER A. BOIKO
Notary Public, State of New York
No. 01BO6132533
Qualified in New York County
Commission Expires August 29, 2009

Simon Kahn
Process Server

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2008000364