AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 08 CIV 5216

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Adrienne Denese, M.D., Adrienne Denese, M.D., P.C., Skinscience Medispa at LGNY, Inc., and Skinscience Labs, Inc., Defendants

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/2008 | Signature |
| Date | Laurie A. Stanziale — LS9533 |
| | Print Name — Bar Number |
| | 767 Third Avenue, 12th Floor |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 688-1900 — (212) 688-3201 |
| | Phone Number — Fax Number |