AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern       DISTRICT OF       New York

**APPEARANCE**

Case Number: 08 CIV 5216

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Adrienne Denese, M.D., Adrienne Denese, M.D., P.C., Skinscience Medispa at LGNY, Inc., and Skinscience Labs, Inc., Defendants

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/25/2008 | *signature* |
| Date | Signature |
| | Laurie A. Stanziale — LS9533 |
| | Print Name — Bar Number |
| | 767 Third Avenue, 12th Floor |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 688-1900 — (212) 688-3201 |
| | Phone Number — Fax Number |

## AFFIRMATION OF SERVICE

Laurie A. Stanziale, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms the following under the penalties of perjury.

On the 25th day of June, 2008, I served a copy of the within Notice of Appearance on:

Michelle M. Graham, Esq.
Kelley Drye & Warren LLP
Attorney for Plaintiff
101 Park Avenue
New York, New York 10178

by depositing a copy within the care and service of Federal Express for overnight delivery.

Dated: New York, New York
June 25, 2008

_____
Laurie A. Stanziale