

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AVON PRODUCTS, INC.

                Plaintiff,              08 Civ. 5216 (HB)

    -against-                  **STIPULATION AND ORDER**

ADRIENNE DENESE, M.D., ADRIENNE DENESE, M.D.,
P.C., SKINSCIENCE MEDISPA AT LGNY, INC., and
SKINSCIENCE LABS, INC.,

                Defendants.
------------------------------------------------------------X

       **IT IS HEREBY STIPLUATED AND AGREED** by and between the undersigned attorneys for the parties that defendants' time to answer or otherwise respond to the Complaint herein, including, but not limited to, the filing of any defenses, is extended from **June 30, 2008** to **July 30, 2008**.

Dated: New York, New York
       June 25, 2008

KELLEY DRYE & WARREN LLP        GREENBERG, TRAGER & HERBST LLP
Attorneys for Plaintiff                          Attorneys for Defendants

By: _Michelle M. Graham_            By: _____
Michelle M. Graham                             Laurie A. Stanziale
101 Park Avenue                                767 Third Avenue, 12th Floor
New York, New York 10178              New York, New York 10017
(212)808-7800                                   (212)688-1900

SO ORDERED.

_____    July 1, 2008
Hon. Harold Baer, Jr.
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08