UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

AVON PRODUCTS, INC.

               Plaintiff,               08 Civ. 5216 (HB)

    -against-                   **STIPULATION AND ORDER**

ADRIENNE DENESE, M.D., ADRIENNE DENESE, M.D.,
P.C., SKINSCIENCE MEDISPA AT LGNY, INC., and
SKINSCIENCE LABS, INC.,

               Defendants.
----------------------------------------------------------X

**IT IS HEREBY STIPLUATED AND AGREED** by and between the undersigned attorneys for the parties that defendants' time to answer or otherwise respond to the Complaint herein, including, but not limited to, the filing of any defenses, is extended from July 30, 2008 to August 13, 2008.

Dated: New York, New York
         July 28, 2008

KELLEY DRYE & WARREN LLP         GREENBERG, TRAGER & HERBST LLP
Attorneys for Plaintiff                      Attorneys for Defendants

By: _____            By: _____
Michelle M. Graham                           Laurie A. Stanziale
101 Park Avenue                               767 Third Avenue, 12th Floor
New York, New York 10178               New York, New York 10017
(212)808-7800                                 (212)688-1900

SO ORDERED:

_____
Hon. Harold Baer, Jr.
United States District Judge